# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SUVARCHALA DEVI CHIRAVURI,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN, UNIVERSITY OF MICHIGAN BOARD OF REGENTS, and GEORGE MASHOUR, University of Michigan Chair of Anesthesiology, and LORI RIEGGER, Division Chief of Pediatric Anesthesiology, *sued in their personal and official capacities*,

    Defendants.

Case No. 24-cv-10587

Hon. Mark A. Goldsmith

| David A. Nacht (P47034) <br> Fabiola A. Galguera (P84212) <br> Grace C. Cretcher <br> **NACHTLAW, P.C.** <br> *Attorneys for Plaintiff* <br> 501 Avis Drive, Suite 3 <br> Ann Arbor, MI 48108 <br> (734) 663-7550 <br> dnacht@nachtlaw.com <br> fgalguera@nachtlaw.com <br> gcretcher@nachtlaw.com | Brian M. Schwartz (P69018) <br> **MILLER, CANFIELD, PADDOCK, AND STONE, P.L.C.** <br> *Attorneys for Defendant* <br> 150 W. Jefferson Ave., Ste. 2500 <br> Detroit MI 48226 <br> (313) 963-6420 <br> schwartzb@millercanfield.com |
|---|---|

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff SUVARCHALA DEVI CHIRAVURI, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action *without prejudice* against all the Defendants.

Defendants have not answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice.

Respectfully Submitted,

**NACHTLAW, P.C.**

/s/ *David A. Nacht*
David A. Nacht (P47034)
Attorneys for Plaintiff

Dated: June 4, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Court's electronic filing system. Notice of this filing will be sent by the Court's electronic filing system to all parties of record.

/s/ Karina Alvarez
Karina Alvarez, Litigation Paralegal

Dated: June 4, 2024