UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUVARCHALA DEVI CHIRAVURI,

      Plaintiff,                                 Case No. 24-cv-10587

v                                                     HON. MARK A. GOLDSMITH

UNIVERSITY OF MICHIGAN et al.,

      Defendants.
_____/

## **ORDER OF DISMISSAL**

On June 4, 2024, Plaintiff filed a notice of voluntary dismissal with the Court (Dkt. 9). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because Defendants have not yet served an answer or motion for summary judgment, and because the notice of dismissal states that the dismissal is without prejudice, the Court hereby orders the instant action dismissed without prejudice.

      SO ORDERED.

Dated: June 12, 2024                                  s/Mark A. Goldsmith
   Detroit, Michigan                            MARK A. GOLDSMITH
                                                   United States District Judge